IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. <u>5:17CR50064-001</u> |
| | ) | |
| ERICA L. KELLER | ) | |

## **MONEY JUDGMENT**

On November 29, 2017, the Defendant pleaded guilty to a one-count Information, charging her with theft, embezzlement, and misapplication by a bank officer or bank employee, in violation of 18 U.S.C. § 656, and a forfeiture allegation.

Title 18 U.S.C. § 982(a)(2)(A), as incorporated by 28 U.S.C. § 2461, provides for the forfeiture of proceeds from violations of 18 U.S.C. § 656. The Defendant has waived notice of forfeiture in the Plea Agreement, and no notice in the Information is necessary

Pursuant to the Plea Agreement, the Defendant agreed to the entry of a forfeiture money judgment in the amount of $321,563.18 which represents the proceeds of the Defendant's illegal conduct.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That a money judgment in the amount of $321,563.18 shall be entered against the Defendant, ERICA L. KELLER, as proceeds obtained indirectly or directly from the conduct for which she has been convicted.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this

Order and the Plea Agreement, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property.

3. Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that a forfeiture consists of a money judgment.

4. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), any order of forfeiture becomes final as to the defendant at sentencing.

5. Regarding any substitute assets seized to satisfy this Order, the Defendant shall be credited the appraised value of each asset, to be applied towards the $321,563.18 forfeited.

IT IS SO ORDERED this 6th day of June, 2018.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

_____
Erica L. Keller, Defendant

_____
Joel Huggins, Counsel for Defendant

_____
Kimberly Harris, Assistant U.S. Attorney