IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

V.                                    **CASE NO. 5:17-CR-50064**

**ERICA L. KELLER**                                                                                **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 31) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on April 2, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 31) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Reduction of Sentence. (Doc. 28) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 23rd day of April, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE